UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60265-CR-MOORE/SNOW
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA

vs.

VICTOR VARGAS,

Defendant.
_____/

FILED BY __AT__

Sep 25, 2018

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. FORT LAUDERD/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in or about June 2018, and continuing through on or about June 18, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**VICTOR VARGAS,**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to the defendant, **VICTOR VARGAS,** the amount involved in the conspiracy attributable to him, as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him, is one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(A)(i).

1

## COUNT 2

On or about June 18, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**VICTOR VARGAS,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(i), it is further alleged that this violation involved one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin.

A TRUE BILL

FOREPERSON

*Thomas J. Mulhall for*
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                    CASE NO._____

vs.
                                            **CERTIFICATE OF TRIAL ATTORNEY***
VICTOR VARGAS,

                            **Defendant.**
_____ /       **Superseding Case Information:**

**Court Division**: (Select One)             New Defendant(s)  ____ Yes  ____ No
                                             Number of New Defendants    ____
    Miami ____    Key West ____              Total number of counts      ____
    FTL  _X_      WPB ____     FTP ____

    I do hereby certify that:
1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No)      No
    List language and/or dialect     _____

4.  This case will take    _3_   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                         (Check only one)

    I    0 to 5 days      _X_                Petty     ____
    II   6 to 10 days     ____         Minor
    III  11 to 20 days    ____               Misdem.   ____
    IV   21 to 60 days    ____               Felony    _X_
    V    61 days and over ____

6.  Has this case been previously filed in this District Court?    _NO_  (Yes or No)
    If yes:
    Judge: _____   Case No. _____
         (Attach copy of dispositive order)
    Has a complaint been filed in this matter?    _No_
    If yes:
    Magistrate Case No.                          _____
    Related Miscellaneous numbers:               _____
    Defendant(s) in federal custody as of        _____
    Defendant(s) in state custody as of          _____
    Rule 20 from the District of                 _____

    Is this a potential death penalty case?    ____ (Yes or No)

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes    _X_ No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes    _X_ No

                                            _____
                                            MARTHA R. MITRANI
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Florida Bar No./Court 88171

Penalty Sheet(s) attached                                              REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>VICTOR VARGAS</u>             **Case No**: _____

Count: 1

<u>Conspiracy to Possess with Intent to Distribute Heroin</u>

<u>21 U.S.C. §§ 846 and 841(b)(1)(A)(i)</u>

\* **Max. Penalty:** Life (10 years' mandatory minimum) imprisonment; $10,000,000 fine; a term of 5 years' up to life of supervised release.

Count:

<u>Possess with Intent to Distribute Heroin</u>

<u>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(i)</u>

\***Max. Penalty:** Life (10 years' mandatory minimum) imprisonment; $10,000,000 fine; a term of 5 years' up to life of supervised release

Count:



\***Max. Penalty:**

Count:



\***Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.