## Table of Contents

| | |
|---|---|
| Report Section Summary | 2 |
| User Search Terms | 2 |
| Subject | 2 |
| Possible Addresses Associated with Subject | 3 |
| Phone Numbers Associated with Subject | 5 |
| Utility Services | 6 |
| Phone Listings for Subject's Addresses | 6 |
| SSN & Current Address Fraud Alerts | 6 |
| Quick Analysis Flags | 6 |
| Businesses Registered at Subject's Addresses | 8 |
| Liens & Judgments | 91 |
| Relatives | 97 |
| Associates | 135 |
| Neighbor Listings for Subject's Address | 167 |
| Associate Analytics Chart | 174 |
| Report section(s) with no matches | 177 |

Case 1:18-cr-60365-KMM   Document 14-03   Entered on FLSD Docket 10/26/2021   Page 2 of 2

## Report Section Summary

           User Search Terms (1)

           Subject (1)

           Possible Addresses Associated with Subject (22)

           Phone Numbers Associated with Subject (1)

           Utility Services (1)

           Phone Listings for Subject's Addresses (1)

           SSN & Current Address Fraud Alerts (1)

           Quick Analysis Flags (1)

           Businesses Registered at Subject's Addresses (100)

           Liens & Judgments (9)

           Relatives (37)

           Associates (34)

           Neighbor Listings for Subject's Address (3)

           Associate Analytics Chart (1)

           Report section(s) with no matches (43)

## User Search Terms

| | |
|---|---|
| **Last Name:** | Vargas |
| **First Name:** | Victor |
| **Date of Birth:** | ██████████ |

## Subject

**VARGAS, VICTOR**

| | | | |
|---|---|---|---|
| **SSN:** | ████████ - issued in NY between 1994-1996 | **AKAs:** | |
| | | 1) VARGAS, VICTOR N | Liens & Judgments, Experian, TransUnion |
| **Gender:** | MALE | 2) VARGAS, VICTOR N (████████; DOB: ████████) | Experian |
| | | 3) VARGAS, VICTOR N (████████; DOB: ████████) | TransUnion |
| | | 4) VARGAS, VICTOR N (████████) | TransUnion Gateway |
| | | 5) VARGAS, VICTOR N (████████) | Experian Gateway |

| | | | |
|---|---|---|---|
| **DOB (Age):** | ██████████ | | |
| **Drivers License?** | NO | | |
| **Marriage(s)?** | NO | **Divorce(s)?** | NO |
| **Professional License(s)?** | NO | **Recreational License(s)?** | NO |