UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60265-CR-MOORE/SNOW

UNITED STATES OF AMERICA,

vs.

VICTOR VARGAS,

          Defendant.
_____/

## WAIVER OF JURY AND SPECIAL FINDINGS

The undersigned Defendant, having been fully advised in the premises, hereby waives the right to a trial by jury and requests the Court to try all charges against him in this case without a jury.

The undersigned Defendant further waives the right to request any special findings of fact as provided by Rule 23(c) of the Federal Rules of Criminal Procedure.

12-01-21
DATE

VICTOR VARGAS
DEFENDANT

The undersigned attorney represents that prior to the signing of the foregoing Waiver, the Defendant above named was fully advised as to the rights of an accused under the Constitution and the law to a speedy and public trial by an impartial Jury, and the right to request special findings in a case tried without a Jury; and counsel further represents that, in his opinion, the above waiver of trial by jury and special findings is voluntarily and understandingly made and recommends the Court that said Waiver be approved.

12-01-21
DATE

DARYL WILCOX
ASSISTANT FEDERAL PUBLIC DEFENDER

The United States Attorney hereby consents that the case be tried without a jury and waives the right to request any special findings of fact as provided by Rule 23(c) of the Federal Rules of Criminal Procedure.

December 1, 2021
DATE

*Donald F. Chase, II*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

Approved this 1st day of December, 2021.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE