UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60265-CR-MOORE/SNOW

UNITED STATES OF AMERICA,

vs.

VICTOR VARGAS,

           Defendant.
_____/

## VERDICT

**THIS MATTER** was tried before the Court, without a jury, as to the two counts contained in the Indictment on December 1, 2021. The Parties stipulated to a trial before the Court after the Defendant waived his right to a trial by jury and waived his right to any special findings.

Based upon the evidence presented, see Stipulation of Facts and the Government's Exhibits admitted at trial, the Court finds beyond a reasonable doubt that the Defendant is guilty of the two offenses charged in the Indictment.

Accordingly, the Court **ADJUDGES** the Defendant, Victor Vargas, **GUILTY** of the offenses charged in Counts 1 and 2 of the Indictment.

**DONE AND ORDERED**, this 1st day of December, 2021.

                                                    K. MICHAEL MOORE
                                                    UNITED STATES DISTRICT JUDGE